UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
District Court File No. 23-CR-349 (DWF/JFD)

| | |
|---|---|
| UNITED STATES OF AMERICA,   )   | |
| )   | |
| Plaintiff,   )   | **ORDER TO MAKE** |
| )   | **DEFINITE** |
| v.   )   | |
| )   | |
| DENZEL CHRISTOPHER MEEKS,   )   | |
| )   | |
| Defendant.   )   | |

This matter is before the Court on Defendant Denzel Christopher Meeks's Motions for Late Filing (Dkt. No. 45) and to Suppress Evidence Obtained by Seizure (Dkt. No. 46). The Court appreciates the circumstances under which the case was assigned to defense counsel and the time required for him to familiarize himself with this case and grants Mr. Meek's Motion for Late Filing (Dkt. No. 45). However, the motion to Suppress Evidence Obtained by Seizure (Dkt. No. 46) is being returned to defense counsel with instructions to make it more definite within one week.

Under the Court's Third Amended Pretrial Scheduling and Litigation Management Order in a Criminal Case (Dkt. No. 42) motions to suppress evidence "must be sufficiently detailed to enable opposing counsel and the Court to identify the specific evidence that is subject to challenge and the nature of that challenge. All motions to suppress must identify with specificity the item(s) of evidence and/or the statements that the moving party seeks to suppress. The motion to suppress must give the prosecution notice of what contentions they must be prepared to meet at a motions hearing, if one is held." Third Pretrial

Scheduling Order at 6. The parties are also obligated to meet and confer before a motion is filed in a good faith attempt to narrow the issues presented by the motion.

This motion does not meet those standards. The motion is two sentences long. It seeks suppression of "any and all documents seized from the defendant's cell." It does not say who allegedly seized the documents, or even what facility Mr. Meeks was held in. It does not give a date of the search, or whether there was one search or several. It does not describe the documents or the circumstances under which they were seized. It does not cite any legal authority at all, much less legal authority specifically on point when there is an issue about a search and seizure in a detention facility. Finally, there is no indication that the parties met and conferred before this motion was filed.

The defense will, within one week, refile this motion with the factual and legal specificity required by the Court's Pretrial Scheduling Order and will meet and confer with the prosecution before filing that more specific motion. Repeated failures to make this motion more specific may result in a recommendation to the District Judge that the motion be dismissed.

Dated: September 12, 2024

*/s/ John F. Docherty*
John F. Docherty
U.S. Magistrate Judge
